ACCEPTED
10-20-00091-CR
TENTH COURT OF APPEALS
WACO, TEXAS
1/21/2021 4:11 PM
NITA WHITENER
CLERK

# No. 10-20-00091-CR

FILED IN
10th COURT OF APPEALS
WACO, TEXAS

1/21/2021 4:55:00 PM
NITA WHITENER
Clerk

IN THE 10TH CIRCUIT
COURT OF APPEALS, TEXAS

_____

*STATE OF TEXAS,*
*Appellee*,

V.

*BRANDON MCDANIEL,*
*Appellant*.

_____

## SECOND MOTION FOR EXTENSION OF TIME TO FILE AMENDED APPELLANT'S BRIEF

_____

TO THE 10th COURT OF APPEALS OF TEXAS:

Appellant files this First Motion for Extension of Time to File Amended Appellant's Brief under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Appellant shows the following:

1. This Honorable Court on November 18, 2020, granted Appellant's Motion to amend his appellate brief to add two additional issues. The Court ordered the brief would be due 30 days after it's letter to the parties, announcing its decision, dated November 18, 2020. The due date for Appellant's amended brief is December 21, 2020.

2. Appellant requests an extension of time of 30 days to, February 20, 2021. This is Appellant's second request for an extension of time to file his amended brief.

3. Counsel for Appellant relies on the following facts as a reasonable explanation for the requested extension of time:

Appellant's request brief extension of thirty days which will enable counsel to further research and draft the two remaining items in Appellant's brief. Counsel is also balancing this matter with another appellant brief that has timeline(s) parallel to this matter, and a full docket of cases. Counsel wishes to exercise proper diligence to provide the Court with timely and professional briefing. No significant delay of this matter will result from such an extension.

4. The undersigned has conferred with opposing counsel.

## PRAYER

Therefore, Appellant prays that this Court grant this motion for extension of time.

Respectfully submitted,

The Chris Tolbert Law Firm
777 Main Street, Suite 600
Fort Worth, Texas 76102
817.380.8008 (Office)
844.274.2141 (Fax)


/s/ Christopher L. Tolbert
By:_____
Christopher L. Tolbert
State Bar No. 24080530
christolbertlaw@gmail.com
Attorney for Brandon McDaniel

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Assistant District Attorney Taylor Carter.

/s/ Christopher L. Tolbert

_____
Christopher L. Tolbert

## CERTIFICATE OF SERVICE

This is to certify that on January 21, 2021, a true and correct copy of the above and foregoing document was served on the Walker County District Attorney's Office, by electronic mail to:

Taylor Carter
Assistant District attorney
tcarter@co.walker.tx.us

/s/ Christopher L. Tolbert

_____
Christopher L. Tolbert